UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

KURT HERMAN HOPFNER
JULIE HOPFNER

CASE NO. 07-46122-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

_____ Debtors _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| KURT HERMAN HOPFNER JULIE HOPFNER 24277 ROXANA EASTPOINTE, MI 48021-0000 SSN: XXX-XX-5530 or XXX-XX-6709 | N/A | N/A | DEBTOR REFUND | 1354496 | 3/15/11 | $ 3.26 |

DATED: March 18, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0746122 00000 017414 1354496
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 03/15/2011                                                                    Check No: 1354496
Payee: CLERK OF US BANKRUPTCY COURT

| 0746122 | KURT HERMAN HOPFNER & JULIE HOPFNER | | | 3.26 | | 0.00 | 3.26 |
|---|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | | 0.00 | | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.  ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

| TAMMY L TERRY<br>TRUSTEE | OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT<br>535 Griswold St. Ste 111-615<br>Detroit, MI 48226<br>(313)967-9857 | 64-79<br>611 | CHECK NO. 1354496<br>SunTrust Bank |

**FOR**  KURT HERMAN HOPFNER and JULIE HOPFNER
BK:0746122 ACCT:
PRIN:      3.26  INT       0.00

DATE **Mar 15, 2011**
AMOUNT
**********3.26

**PAY**   3 26

Three And 26 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $3.26
VOID 90 DAYS AFTER DATE

**TO**
**THE**     CLERK OF US BANKRUPTCY COURT
**ORDER**   % DAVID BOICE/ UNCLAIMED
**OF**      211 W FORT ST
            DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

⑈1354496⑈ ⑆061100790⑆ 000000575151⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                                    CASE NO. 07-46122-TJT
KURT HERMAN HOPFNER                                  CHAPTER 13 PROCEEDINGS
JULIE HOPFNER                                        HON. THOMAS J. TUCKER

_____ Debtors _____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to
entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter
13 in the above captioned matter. The checks were never negotiated. The trustee has made a good
faith effort to verify the correct mailing address for said entities and deliver the funds before
presenting this notice. More than sufficient time has passed for the checks to the creditor to be
negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names
and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the
above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern
District of Michigan, to effect closing of this estate.

**Attorney Information:**

**HAMMERSCHMIDT STICKRADT& KLINE**
**117 W 4TH STREET SUITE 201**
**ROYAL OAK, MI 48067**

**Last Known Address for Debtors:**

**KURT HERMAN HOPFNER**
**JULIE HOPFNER**
**24277 ROXANA**
**EASTPOINTE, MI 48021**

DATED:  March 18, 2011

/s/ TAMMY L. TERRY_____
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226